UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:01-CR-90(3) RM |
| ) | |
| WILLIAM O. HOLLOWAY ) | |

OPINION AND ORDER

On April 18, Mr. William O. Holloway filed an emergency motion requesting the court to order the United States Marshal to escort Mr. Holloway to his mother's funeral. Mr. Holloway is not in federal custody at this time. While he has an outstanding probation violation warrant pending against him in this case, that warrant has yet to be executed. Because the court has no power to grant the relief sought by Mr. Holloway, his motion is DENIED [Doc. No. 81].

SO ORDERED.

ENTERED: April 19, 2005

  /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court